# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

—

**No. 02-5275**

**September Term, 2002**

**02cv01715**

**Filed On: September 9, 2002**

[700713]

Patrick Mahoney, Reverend and The Christian Defense
Coalition,

        Appellants

    v.

Gale A. Norton, in her official capacity as Secretary of
the United States Department of the Interior and
National Park Service,

        Appellees

**BEFORE**:    Edwards, Rogers, and Tatel, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for an injunction pending appeal, the opposition thereto, and the reply, it is

**ORDERED** that the motion be denied. Appellants have not demonstrated the irreparable injury or likelihood of success on the merits requisite for the injunctive relief sought. See Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977); Virginia Petroleum Jobbers Association v. FPC, 259 F.2d 921 (D.C. Cir. 1958). In particular, appellants have not sufficiently demonstrated a likelihood of success on their claim that the restrictions at issue do not leave open ample alternative channels of communication. See Ward v. Rock Against Racism, 491 U.S. 781, 791 (1989); Clark v. Community for Creative Non-Violence, 468 U.S. 288, 293 (1984). Appellants are not prohibited from all expressive activity in Lafayette Park, as demonstrations there involving 25 or fewer participants do not require a permit. Moreover, appellants may engage in expressive activity with a greater number of participants at the Ellipse or other proposed sites close to both the White House and Lafayette Park. See Heffron v. International Soc'y for Krishna Consciousness, Inc., 452 U.S. 640, 654-55 (1981); Oliveri v. Ward, 766 F.2d 690, 694 (2d Cir. 1985).

**Per Curiam**